UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MARCELO EDUARDO PRIMA, et al.,  :
:
                        Plaintiffs,  :     **ORDER OF**
:     **SATISFACTION OF**
           -against-  :     **JUDGMENT**
:
THE REPUBLIC OF ARGENTINA and  :
THE PROVINCE OF BUENOS AIRES,  :     04-CV-1077 (LAP)
:
                      Defendants.  :
------------------------------------------------------------------- x

    WHEREAS, on August 17, 2006, the Court entered a final judgment, ECF No. 28, (the "Final Judgment") against the Republic of Argentina (the "Republic") and the Province of Buenos Aires (together, "Defendants") and in favor of plaintiffs Marcelo Eduardo Prima, et al., with respect to plaintiffs' beneficial interests on certain defaulted bonds issued by Defendants (the "Bonds");

    WHEREAS, plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are subject of the above-captioned case.

    NOW, THEREFORE, full satisfaction of plaintiffs' Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket. `The Clerk of the Court shall mark this action closed and all pending motions denied as moot.`

SO ORDERED:

*Loretta A. Preska*
United States District Judge
Dated: `January 27,` 2021